**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 101 MM 2021

               Respondent         :

                     :

                v.              :

                     :

SHARIFF L. LAYTON,             :

                     :

                Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED.  Petitioner has 30 days in which to file a Petition for Allowance of Appeal.